CLERK'S OFFICE U.S. [...]
AT CHARLOTTESVILLE, VA
FILED

FEB 18 2020

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Charlottesville__ DIVISION

Plaintiff(s), William A. Dyer
Sharon S. Dyer

v.

Civil Action No.: 320CV00007
(To be assigned by Clerk of District Court)

Defendant(s). LNV, Corp
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

COMPLAINT — illegal foreclosure

## PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: William A. Dyer

      Address: 347 Slaughter Dr. Orange VA 22960

      Telephone Number: (540) 748-4557

   b. Plaintiff No. 2

      Name: Sharon S. Dyer

      Address: 347 Slaughter Dr. Orange VA

      Telephone Number: (540) 748-4624

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: *LNV CORP*

      Address: *7195 Dallas Pkwy Plano, TX 75024*

   b. Defendant No. 2

      Name: _____

      Address: _____

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☐ Federal Question   ☒ Diversity of Citizenship   ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

_____

_____

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: William Dyer    State of Citizenship: VA.

Plaintiff No. 2: Sharon Dyer    State of Citizenship: VA.

Defendant No. 1: LNV Corp    State of Citizenship: TX

Defendant No. 2: _____    State of Citizenship: _____

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. July 18, 2008 LNV bought my mortgage, then broke Fed Code #12 S 2605 sub c, 1,2. this put me in default according to them. MGC was managing at that time.

7. Later had loan mod, LNV took soul control at that time. Payments went them this breaks state code #6.2-1201, A-

8. illegally foreclosed on Aug 6, 2019 Breaking Fed code # 1024.41. Then gave me 10 days to get out, they did this foreclosure on a date wipedout by previous ch #13 and with notice to counsel or borrower.

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

1) Plaintiffs will Remain in the property Until this is 100% figured out. Can't find Anyplace to go

2) ~~arguing~~ Rule this foreclosure is illegal, Return Deed Trust to us or at very Least ~~~~ make them Refinance and start over, At No more 3% interest. They Are not Licensed in this state, they BRoke Federal and state Laws, they should not have Any Right to property At All !!

DEMAND FOR JURY TRIAL:  ☒ YES   ☐ NO

Signed this __18__ day of __Feb__, __2020__

Signature of Plaintiff No. 1 ___William A. Dye___

Signature of Plaintiff No. 2 ___Sharon A. Dye___

NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.