**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| WILLIAM A. DYER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LNV CORP., <br><br> *Defendant.* | CASE NO. 3:20-cv-00007 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

On February 18, 2020, Plaintiffs filed a pro se complaint against Defendant LNV Corp. Dkt. 2. On March 3, 2020, this Court entered an order denying without prejudice the request for relief in Plaintiffs' complaint, construed as a motion seeking a temporary restraining order under Fed. R. Civ. P. 65(b). Dkt. 4. On June 11, 2020, the Clerk's Office issued a 90-day notice letter informing Plaintiffs that the record reflected that Defendant had not been timely served as required by Fed. R. Civ. P. 4(m). Dkt. 5. The letter warned Plaintiffs that they had 15 days from June 11, 2020, to notify the Clerk that service had been accomplished, otherwise Defendant would be dismissed from the suit without prejudice. *Id.* On October 8, 2020, this Court issued an Order directing Plaintiffs to show cause within seven days why the case should not be dismissed without prejudice for failure to timely serve Defendant. Dkt. 6. Plaintiffs filed no response by the Court's deadline.

Accordingly, the Court will **DISMISS** this action without prejudice for failure to timely serve Defendant. The Clerk of Court is **DIRECTED** to strike this action from the Court's active docket.

It is so **ORDERED.**

The Clerk of Court is directed to send a certified copy of this Order to Plaintiffs at their last known address.

ENTERED this 27TH day of October 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE